■ Mario Belanich, Respondent, v James Brophy et al., Appellants. [680 NYS2d 852] —In an action to recover damages for slander, the defendants appeal from a judgment of the Supreme Court, Westchester County (Colabella, J.), entered September 25, 1997, which, upon a jury verdict, is in favor of the plaintiff and against them in the principal sum of $150,000.

Ordered that the judgment is affirmed, with costs.

Contrary to the defendants' contentions, the trial court correctly refused to charge the jury that the subject defamatory remarks were made under a qualified privilege (*see, Liberman v Gelstein,* 80 NY2d 429, 437; *Wright v Johnson,* 184 AD2d 234; *Hollander v Cayton,* 145 AD2d 605; *La Scala v D'Angelo,* 104 AD2d 930), or that the plaintiff was a limited-issue public figure (*see, James v Gannett Co.,* 40 NY2d 415, 422; *Park v Capital Cities Communications,* 181 AD2d 192, 197; *Wilsey v Saratoga Harness Racing,* 140 AD2d 857).

The damages awarded were not excessive. Miller, J. P., Pizzuto, Friedmann and Goldstein, JJ., concur.